Priority ____
Send ✓
Enter ✓
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAN NGUYEN, Petitioner, v. ANTHONY A. LAMARQUE, Respondent. | CASE NO. CV 02-8447-AHM (PJW) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: August 17, 2004

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

S:\Cases-State Habeas\NGUYEN, N 8447\Order accep r&r.wpd

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

23