Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAN NGUYEN, Petitioner, v. ANTHONY A. LAMARQUE, Respondent. | Case No. CV 02-8447-AHM (PJW) JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 17, 2004.

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

S:\Cases-State Habeas\NGUYEN, N 8447\Judgment.wpd

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

24